UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-21124-CIV-GOODMAN

**[CONSENT]**

MARLA MARTINS, et al.,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's Order dismissing the case with prejudice [ECF No. 176],[1] judgment is entered in favor of Defendant Royal Caribbean Cruises, LTD. and against Plaintiffs Marla Martins, Marcelo Costa, Tatiana Martins, and G.E. The Court retains jurisdiction to enter an

---

[1] The Court previously granted summary judgment in Defendant's favor and against all Plaintiffs other than Marla Martins. [ECF No. 90]. The summary judgment Order permitted Marla Martins to proceed on a small portion of her claims. The Court then dismissed her remaining claims with prejudice upon Defendant's *ore tenus* motion when Marla Martins refused to go forward with the trial. [ECF Nos. 176; 182].

award and an amended judgment for costs and attorney's fees to Defendant, after it files an application for fees and costs, if applicable.

**DONE and ORDERED** in Chambers, in Miami, Florida, on November 8, 2017.

*[signature]*
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record