UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY____PPC____D.C.

APR 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

MARLA MARTINS, individually and as
Administrator Ad ProSeQuendum for the Estate
of BRIANA MARTINS, Decedent,
MARCELO COSTA and G.E., a minor, by

and through her grandmother, legal and natural

guardian, and next friend, MARLA
MARTINS; and TATIANA MARTINS,
                                Plaintiffs,
v
ROYAL CARIBBEAN CRUISES LTD.,
                                Defendant.

CASE NO. 15-cv-21124-
MARTINEZ/GOODMAN

**Plaintiffs' Dispositive *Combined Cross Motion* and *Combined Legal Answer* for an
*Uncompromised* Decision, Order and Judgment ("DOJ")
In response to Defendant's Two Motions for Legal Fees and Costs, Etc.**

Under penalties of perjury, VALID DOJ by laws *correctly applied* to be legally enforced

to vacate VOID DOJ by laws *misapplied* to be illegally enforced mandates this *dispositive* motion

by the injureds as Plaintiffs MARLA MARTINS *et al, by and through* MARLA MARTINS.

1       Past politically correct thus truthfully wrong judicial behavior is judicial evidence

that the Court will grant Defendant's "requested taxable costs" (DE 314 filed 04.05.2019, pages 1

to 5 at page 5) and Defendant's Motion for Entitlement to Attorneys' Fees and Nontaxable Costs

(DE 313 filed 04.02.2019) as continued judicial evidence of continued judicial conspiracy.

2       Plaintiffs are forced to attach *constitutionally mandated* **9th updated** *LKJMOL* of

*updated* endnotes[1-10] **(A17-A20)** *required to be read and understood* by the Court as follows:

.1  ***By law***, the ABA *Model Code*[1] for Judicial Conduct[2] ***is*** mandated under the Supreme Court of
the United States ("SCOTUS") Rule 10[3] requiring *all* jurists[4] to ***end*** the BBC[5] **as stupidity,**[6]
***begin*** to protect *all* babies[7] and their blood families[8] and ***make*** predators[9] restitute[10] their prey
***until numbers add up right***; and
.2  ***By law***, Justice has to *vacate as void* Injustice by predators that still keeps depriving their prey
of their ***human rights*** to ***legitimate*** money-making and other activities of daily living ("ADL")

*but for which due process of law shall not end with no time limit regardless of how old the case is,* period, case closed.

2       Even if Plaintiffs had *not even filed this lawsuit* under the predators' *forget and forgive* predatory legal thinking or *had just said yes to being stupefied just saying yes* to the settlement compromised by self-proving judicial conspiracy as continued Injustice, Justice still has to *vacate as void* Injustice by predators still depriving their prey of their **human rights** to **legitimate** money-making and other ADL **but for which** *due process of law shall not end with no time limit regardless of how old the case is,* knowing that had the Court would not have conspired with *zealous lawyers* but, instead, would have *not only prevented* Attorneys' Fees, Nontaxable Costs and taxable costs *but also let* Plaintiffs enjoy her **legitimate** money-making and other ADL as Justice since day one because Justice delayed is Justice denied, Justice denied is Injustice dignified, Injustice dignified is Justice crucified by *compromised* jurists committing Justicide with absolute judicial immunity and Justice crucified by Justicide mandates resurrection of Justice, now.

3       What more, if anything, can Plaintiffs do to help this Compromised Court *upgrade* into an Uncompromised Court to resurrect Justice assassinated by Injustice as revealed above?

WHEREFORE may it please Hon Court to please take judicial notice and **begin to believe in** everyone's **unanimous belief in** the **everlasting legal lightbulb** that makes it mandatory and easy to see the foregoing facts of life, *murder-on-the-sea*, due process of law defiled as due process of lie so far and thus pass **final** legally enforceable VALID Order *resurrecting* Matriotic Justice still being assassinated by *initial* legally unenforceable VOID Orders blessing *Patriotic* Justicide.

Attachments **A17-A20**

Respectfully Submitted,

*Marla Martins*

Plaintiffs MARLA MARTINS, *et al*,
 By *Matriarch Pro-Se* Attorney-in-Fact
7687 Forestay Drive
Lake Worth, FL 33467
E-Mail: MarlaMartins88@Yahoo.Com
Tel: 908 721-1088

IVAN A. IGLESIAS, JR.
NOTARY
My Comm. Expires
July 17, 2021
No. GG 124852
STATE OF FLORIDA
PUBLIC

**Notary Acknowledgment**

State of Florida

County of Palm Beach

The foregoing instrument was acknowledged before me this 17th day of April, 2019 by Marla Martins.



_____
Signature of Notary Public
Print. Type/Stamp Name of Notary

Personally known: _____
OR Produced Identification: _Florida Driver licens_
Type of Identification: _Florida Driver licens_

Original to Hon Court
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401
561 803-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2019, the foregoing document was personally filed with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,
_Marla Martins_

3 of 4

Plaintiffs MARLA MARTINS, *et al*,
 By *Matriarch Pro-Se* Attorney-in-Fact
7687 Forestay Drive
Lake Worth, FL 33467
E-Mail:  MarlaMartins88@Yahoo.Com
Tel:  908 721-1088

## SERVICE LIST
### CASE NO. 15-cv-21124-MARTINEZ/GOODMAN

ROYAL CARIBBEAN CRUISES LTD., Defendant.
 By: Christopher E. Knight
    Fla. Bar No. 607363
    Email: CKnight@Fowler-White.Com

    Marc J. Schleier
    Fla. Bar No. 0389064
    Email: mschleier@fowler-white.com

    Christine M. Walker
    Fla. Bar No. 98166
    Email: cwalker@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Tel:  (305) 789-9200
Fax: (305) 789-9201

**Courtesy Copies**

Brill & Rinaldi, The Law Firm
 By Joseph J. Rinaldi, Jr.
2100 Coral Way #304
Coral Gables FL 33145
Tel:  786 481-0661
Fax:  305 445-5055
Joe@BrillRinaldi.Com

The McKee Law Group LLC
 By: Robert J. McKee
2800 S Flamingo Road
Davie FL 33330
Tel: 954 888-9877
Fax: 954 217-0150
RMcKee@TheMcKeeLawGroup.Com

*LKJESQ Summa Cum Laude 1967: A Court-Ordered-Prescription to Resurrect Justice thus Not Repeat Justicide.*™

| "Good Law Day" began 10.31.2013. 07.04.2018 | LAW OFFICES OF LALIT K JAIN ESQ<br>Practice of Law in NY State, US Tax and District Courts, US Supreme Court, and *all* Courts in India. ™ | Fon: 718-255-6576<br>Cell: 718-316-5921<br>Fax: 347-637-5498 |
|---|---|---|

"After *re-examining* the statute *more closely* and…as 'I *reread it, many, many more times, my initial reading [and application]* of it was *incorrect…* I *have to change my* verdict to *not guilty* [as *constitutionally mandated*]." The Oct 31, 2013 *Self-Correcting* NYS Queens County Criminal Court.

**The Oct 31, 2013 *U-Turn* in Judicial Mindset is the World's First and Only *Newsworthy Remorse*.**

**A17 of A20**

On **Oct 31, 2013**, a *newly invented everlasting legal lightbulb* removes darkness from everyone's life. *Justice* by laws *correctly applied* makes outlaws, hoaxers, scammers, rapists, etc. restitute their victims of **Justicide** by laws *misapplied*. **It** will *begin to end* due process of law in every Court, period, case closed. And you don't even need to be a lawyer to use this lightbulb, do you?

**Learn and Live in Truth Knowing Justice Always Insures Nature. ™**

*By law*, the ABA *Model Code*[1] for Judicial Conduct[2] *is* mandated under the Supreme Court of the United States ("SCOTUS") Rule 10.[3] It requires *all* jurists[4] to *end* the **BBC**[5] as stupidity,[6] *begin* to protect *all* babies[7] and their blood families[8] and *make* predators[9] restitute[10] their prey *until numbers add up right*. *By law*, Justice has to *vacate as void* Injustice by predators that still keeps depriving their prey of their *human rights* to *legitimate* money-making and other activities of daily living ("ADL") *but for which due process of law shall not end with no time limit regardless of how old the case is*, period, case closed.

**This** *newest interesting challenge* **is** made easy to *protect jurists, lawyers* and **Presidents** of the United States ("POTUS") in the Oval Office of Presidents ("OOPs") *from living stupid lifestyles* to *make law* judicially, ethically, morally and thus politically correct word for *lie* to *make lawbreakers* win before, *during* and *after* due process of *law misused* as due process of *lie still sold as the truth*, period, case closed.

# OOPs: **O**val **O**ffice of **P**residents
## Men Make Women Think Wrong Just Like Men



### OOPs is courtesy of:
*https://tinyurl.com/y79smg8y*

In a tell-all memoir, the *pornographic* actor Stormy Daniels…wonders if he is *fit* to be president and claims that he offered to cheat for her in his reality TV show…She describes Trump's penis as "smaller than average" but "not freakishly small". "He knows he has an unusual penis," Daniels writes. "It has a huge mushroom head. Like a toadstool …" *https://tinyurl.com/y27zzmzh*

04/16/2019
Attorney LALIT K JAIN ESQ

## Mandatory Duty over Discretionary Power, Helping
## Men Think Right Just like Women, is Mandatory



Thanks to *the fittest jurists winning the newest interesting challenge to <u>make</u>* legally valid thus enforceable Justice *vacate* legally void thus unenforceable Injustice *even if* LKJESQ is *misjudged* as guilty of righdoing to *help* wrongdoers causing damages pay for damages as Justice *making everyone learn and live in truth* to minimize, even prevent, wrongdoing to *make legal sense <u>not violating</u> common sense*.

Thanks to *the fittest jurists* **honoring** *the Smart* ABA Model Code for Judicial Conduct, knowing that injureds paying for Justice by laws *correctly applied for correct factual findings are* forced to buy Injustice by laws *misapplied for erroneous factual findings, even ordered* to pay costs and legal fees for *malpractice of law by parasitic zealous lawyers' misrepresentations of the injurers as their clients*.

Thanks to *the fittest jurists* who *always convict* the guilty, *never acquit* the innocents, *always make* the injurers restitute their injureds, *never protect, promote or even reward predatory human rights* to cause injuries, deaths, etc. and therefore *still enjoy absolute judicial immunity from being sued by the injureds* and from *living immoral lives of guilt and remorse of being biased against the injureds, especially babies who can do no wrong and yet who are misjudged as bastards for life until death*, period, case closed.

## A19 of A20 and A20-A20 / Endnotes[1-10]

[1]    *Model Code has to begin* correct use of scientific DNA-matches that are at least 99% evidence as 100% evidence making sense ("Judicial Solution") ending misuse of unscientific marriages that are 0% evidence as 100% evidence making no sense ("Judicial Problem") in all cases of violations of marriage and divorce ("MAD") laws aka trafficking laws and thus in all other laws, traffic laws, etc. in *all* Courts *still misinforming and misleading* We the People in *all* nations with *evil sold as good* to be the same one substance in *all* forms of tax-funded governments *publicly published* in 1776,

> ... Society in every state is a blessing, but government even in its best state
> is but a *necessary evil*; in its worst state an *intolerable one*; ...
> *We the People Still Stupefied* by *Founding Father Thomas Paine's* Feb 14, 1776 *Common Sense*.

[2]    **August 16, 2018**
ABA Model Code of Judicial Conduct (2011 Edition).
PREAMBLE, SCOPE AND TERMINOLOGY / APPLICATION
CANON 1 A judge shall uphold and promote the independence, integrity, and impartiality of the judiciary, and shall avoid impropriety and the appearance of impropriety.
CANON 2 A judge shall perform the duties of judicial office impartially, competently, and diligently.
*https://tinyurl.com/yxg4v2o4*

[3]    **Rule 10.** "...A petition for a writ...is *rarely granted* when the asserted error consists of erroneous factual findings or the misapplication of a properly stated rule of law [*still protecting* human rights to rape by we men **zealously represented** by *parasitic lex-workers* licensed by Courts to force Courts *to use discretion* to *commit* Justicide, *assassinate* Justice and *still misjudge* well-represented women as *parasitic sex-workers* who are *mothers aka Creators* of *we men too*]."

"**Rule 45.** Process; Mandates. Rules of the Supreme Court of the United States ("**SCOTUS**"). 1. All process of this Court issues in the name of the President of the United States [("**POTUS**") *still running the nation on lies*]...."

"The *Judicial Power* of the United States shall be vested in one supreme Court, and in such inferior Courts as the Congress may...ordain and establish. The Judges, *both of the supreme and inferior Courts*, *shall hold their Offices during good Behaviour* [*to always believe in finding the truth*]..." COTUS, Article III, **because** "**arriving at the truth** is a [*tax-funded*] fundamental goal of our legal system" in *US* v *Havens*, 1980, 446 US 620, 626, **and** "we are...always engaged in a search for truth in a criminal [same as *in civil*] case so long as the search is surrounded with the safeguards provided by our Constitution [to be *correctly* applied to *end judicial retaliation* against the injureds forced into litigation for enduring even more destitution ]" *Oregon* v *Hass*, 1975, 420 US 714, 722 since "*Tortura legume pessima...The torture...of laws is the worst [kind of torture*]," *Bl. Dict.*, 6th ed., p.1490.

[4]    "[p20] ...**Court:** ... I do find the defendant guilty...unless you [**Jain**] want to be heard... [p21] MR JAIN: Yes ... [p22]. **Court**...Parties *step up real quick*. (**Whereupon a bench discussion was held**) ... Court: After *re-examining the statute more closely*...as I reread it, *many, many more times* [**for arriving at the truth**], *my initial reading of it was incorrect* [**for arriving at the lies**, p23]. ...I *have to change* my verdict to not guilty ... ¶ **Court Officer:** *You are free to go*." Docket No. 2012QN040877 in *People v Onuorah* in NYS Queens County Criminal Court's 25-page **10.31.2013** Transcript. *No matter how different all cases, laws and jurisdictions are*, this *everlasting legal lightbulb* in this *lexual (aka legal)* abuse case *has to correctly retrain all brains* in *all sexual* abuse cases too to *make the bastards* NOT legitimate babies who can do no wrongs BUT their illegitimate fathers who do wrongs denying their undeniable illegitimate paternities of babies from women besides their own wives they sowed their seeds in *and also* prosecute and convict them as adults committing adulteries, rapes, etc.

"...where a court has jurisdiction, it has a right to decide every question which occurs in the cause...But if it act [*above the law thus without jurisdiction or authority in law for departing from the truth*], its [*void*] judgments and orders are [*Justicide*] regarded as **nullities**...all persons...executing [*nullities*] are considered in law as trespassers [*in law* ("**Outlaws**")]. *Elliott v Lessee of Piersol*, 1828, 26 US (1 Pet.) 328, 340-341.

"A *void* act ... may be attacked in any forum, state or federal, where its validity may be drawn in issue." *Pennoyer v Neff*, 1878, 95 US 714, 732-733, *World-Wide Volkwagen Corp.* v. *Woodson*, 444 US 286.

"When rule providing for relief from *void judgments* is applicable, relief is *not a discretionary* matter, but is *mandatory* [to make torturers *restitute* torturees, *return all* properties *held in constructive and/or deemed trusts* and *pay punitive damages to learn* ("**Mandatory Restitution**")]. *Orner v Shalala*, Colo. 1994, 30 F3d 1307.

5    The **BBC** is the Baby Is Bastard Legally Enshrined *cremated* on Oct 31, 2013 *created ages ago by evil sages.* Yet, the BBC makes *both sexes will evil agendas* invest millions in evil politics to occupy the *Office of Evil Presidency to still keep misusing all miseducated highest cost Not-for-Profit evil governments in all nations for profits in billions and billions.*
     "... That woman's [sexy] physical structure and the performance of [non-sexy] maternal functions place her at a disadvantage [to be taken advantage of by men] in the struggle for subsistence is obvious[, since *all* mothers are *mindful to also mother boys who, as men, become mindless predators enjoying even their own mothers*] ... as healthy mothers are essential to [*healthy*] vigorous offspring [and *yet are tortured by mindlessness*], the physical [and, even more so, the *mental*] well-being of woman becomes an objective of public interest and care in order to preserve the strength and vigor of the [*healthy human*] race [that *has to begin with healthy boys and girls from healthy mothers seeded by healthy fathers making good prevail over bad*] ... Differentiated by these matters from the other sex [as *mindless predators*], she is properly placed in a class by herself, and legislation [made by *mindful* lawmakers in Congress and *mindful* jurists in Courts alike] designed for her [inevitably needed *mindful*] protection [**has to be, not just**] **may be sustained**, even when like legislation is not necessary for men [as *the mindless* predators] and could not be [and yet is] sustained."
     *Muller* v *Oregon*, 1908, 208 US 412, 421, 28 S Ct 324, 52 L Ed 551.

6    It is *still stupid to believe* that marriages prove paternities to protect men who *violate* trafficking laws, even admit illicit sex with women besides their own wives, *make* jurists, lawyers and Court-appointed Law Guardians conspire to betray *all* clients as State Created Danger ("**Jurisprudence**") since DNA-matches prove paternities to insure State Confirmed Security ("*Truthisprudence*") *that evil men denying paternities still don't want*, knowing that Jurisprudence is still the problem and *Truthisprudence* is still the solution.

7    It's *the American Bar Association that makes Courts of Law, attorneys-at-law* they license and *forensic experts* they approve *sell lies as truth* like marriages, not DNA-matches, prove paternity *in the grand scheme of things*.
     "...when an opposing [*law-compliant pro se as an attorney-in-fact*] party is *well represented*, a lawyer can [*but does not have to*] be a *zealous* advocate on behalf of a [*law-defiant*] client [*forcing* jurists to commit Justicide] and...*assume* that justice is being done [*knowing that Injustice is being repeated*]."
     *Model Rules of Professional Conduct: Preamble*, A Lawyer's Responsibilities ¶1 to ¶13 at ¶8.

8    "...But *if you think that it is terribly important that the case came out wrong, you miss the point* of the common law [*to make jurists' immunity become rapists' immunity as authorized evil behavior sold as authorized good behavior*]. **In the grand scheme of things** [sold as Politics stupefying even jurists themselves and People even in People did not vote], *whether the [law-compliant thus] right party won is really secondary...*" 1997, *A Matter of Interpretation, Federal Courts and the Law*, p6, **SCOTUS Justice Scalia**.
     "...The record shows...that an initial and serious mistake...was made by Jassal in using only an imperfect topographical map [(p.8)]. The rider [*indemnifying* Jassal] is either authentic or an outrageous fraud upon the Court. The Court, having observed the **demeanor** of Jassal and Jain as they testified, is of the opinion, and so holds [*forced by zealous representations* of Jain], that this rider is genuine and that **Jain** was *not telling the truth when he denied its authenticity* [as required by *law-compliant* Jain to deny to reveal the *law-defiant* liar Jassal (p.14)]." 07.05.1990 Decision in Index No. 21675/85 in *Jassal* v *Jain, et al.*, NYS Sup Ct, Westchester County; *affirmed* App Div 2nd Dept, Case No 90-07806, 1993, 193 AD2d 649, 598 NYS2d 969.

9    "...if two policemen see a rape [, *even killing,*] and watch [*crimes*] just for their own amusement, no violation of the Constitution [*in the grand scheme* of the *tax-funded State Created Danger* from *human rights to do wrongs* assassinating the *tax-funded State Confirmed Security* from *duties to do right*]...(*laughter*)."
     *May It Please the Court*...Transcripts of...Landmark Cases before the SCOTUS ...1993, p39-60 at p46-47. This Nov 2, 1988 *torture* by Hon CJ Rehnquist at *http://tinyurl.com/pnu9lrj* from 39:00 to 41:00 minutes made the *DeShaney* case *one more EVIL* landmark case reported as 1989, 489 US 189. Justice *has to* reverse and correct *this physical-abuse case same as all sexual-abuse cases to end due process of law with no time limit.*

10   "... what law, human or divine, will allow [one] to...enjoy the fruits of [one's] crime [as a **good judgment**]...."
     *Riggs et al.* v *Palmer et al.*, 1889, **Ct App**, 115 NY 506, 512.
     Under '...universal sentiments of justice, the principle [is] that no [one] shall profit from [one's] own inequity or take advantage of [one's] own wrong [citing *Riggs*]." **Cardozo, J.**, The Nature of the Judicial Process, p. 41; see, also, *Imperator Realty Co.* v *Tull*, 1920, **Ct App, Cardozo, J.**, 228 NY 447, 457.

### ###