```
                                                    FILED BY_____ D.C.

         UNITED STATES DISTRICT COURT               APR 2 6 2019
         SOUTHERN DISTRICT OF FLORIDA
                MIAMI DIVISION                      ANGELA E. NOBLE
                                                    CLERK U.S. DIST. CT.
                                                    S.D. OF FLA. – W.P.B.
```

MARLA MARTINS, individually and as
Administrator Ad ProSeQuendum for the Estate
of BRIANA MARTINS, Decedent,
MARCELO COSTA and G.E., a minor, by

and through her grandmother, legal and natural        CASE NO. 15-cv-21124-
                                                      MARTINEZ/GOODMAN
guardian, and next friend, MARLA
MARTINS; and TATIANA MARTINS,
                                Plaintiffs,
v
ROYAL CARIBBEAN CRUISES LTD.,
                                Defendant.

**Plaintiffs' Constitutional Questions on Defendant's Response in Opposition to
"Plaintiffs' Dispositive *Combined Cross Motion* and *Combined Legal Answer* for an
*Uncompromised* Decision, Order and Judgment ("DOJ")... "**

Under penalties of perjury, VALID DOJ by laws *correctly applied* to be legally enforced to vacate VOID DOJ by laws *misapplied* to be illegally enforced mandates this *dispositive* motion by the injureds as Plaintiffs MARLA MARTINS *et al, by and through* MARLA MARTINS.

1    In asking "that this Court deny Plaintiffs' "Dispositive *Combined Cross Motion and Combined Legal Answer* for an *Uncompromised* [DOJ]" (DE 317, pp 1-8 at p8), ***isn't Defendant asking*** that Judge Goodman ***never make the constitutionally mandated u-turn*** to help Compromised Court *repeatedly committing* Justicide[a] *upgrade* into Uncompromised Court to resurrect Justice *assassinated* by Injustice as revealed in the record of the case and ***as mandated*** by the *updated* endnotes[1-10] included in the **9th *updated* LKJMOL (A17-A20)** attached to DE 315?

---

[a]   "1 *Past politically correct thus truthfully wrong judicial behavior is judicial evidence that the Court will grant* Defendant's "requested taxable costs" (DE 314 filed 04.05.2019, pp 1-5 at p5) and Defendant's Motion for Entitlement to Attorneys' Fees and Nontaxable Costs (DE 313 filed 04.02.2019) *as continued judicial evidence of continued judicial conspiracy. ...*" (DE 315 Filed 04.17.2019, pp 1-8 at p1, Para 1).

2   *In other words, **isn't** Defendant **still asking** that Judge Goodman **still keep violating** the ABA Model Code of Judicial Conduct (A19[1-2]), **still continue** judicial conspiracy (A19[3]) and **still deny** Mandatory Restitution to the Plaintiffs (A19[4]), knowing the truth, the whole truth, and nothing but the truth ("TRUTH"), so help us God to begin to remember the following facts of life?*

.1 "The **BBC** is the Baby Is Bastard Legally Enshrined *cremated* on Oct 31, 2013 *created ages ago by evil sages*" (A20[5]);

.2 "It is ***still stupid to believe*** that marriages prove paternities ..." (A20[6]);

.3 "It's ***the American Bar Association*** *that makes Courts of Law, attorneys-at-law they license* and *forensic experts they approve **sell lies as truth*** *like marriages, not DNA-matches, prove paternity **in the grand scheme of things** ...* **[sold as Politics stupefying even jurists themselves...]** " (A20[7-8]);

.4 "...if two policemen see a rape [, even killing], and watch **[crimes]** just for their own amusement, no violation of the Constitution ... (*laughter*)" (A20[9]); and

.5 "...what law, human or divine, will allow [one] to ... enjoy the fruits of [one's] crime [as a **good judgment**] ... Under universal sentiments of justice, the principle [is] that no [one] shall profit from [one's] own inequity or take advantage of [one's] own wrong ... **Cardozo, J.**, The Nature of the Judicial Process [to the extent it is ***not compromised by judicial conspiracy***]" (A20[10]).

3   Isn't ***still denying*** the fact of life as the TRUTH of life that Plaintiffs are still being unconstitutionally thus forcibly deprived of their "***human rights*** to ***legitimate*** money-making and other...ADL" (A17, Para 2) ***still ongoing*** culpable perjuries by the Defendant while ***still enjoying unhuman rights to still criminal*** money-making from ***still criminal*** Royal Caribbean Cruises Ltd ***still murdering*** and ***still causing one too many other personal injuries still claiming that it is still safe to enjoy still safe cruises***, knowing that they are just the opposite: UNSAFE instead?

4   Isn't ***still blessing*** Defendant's ongoing culpable perjuries by Judge Goodman ***still ongoing*** Justicide ***still being committed*** by the ***still* Compromised Court** despite the "*newly invented everlasting legal lightbulb* [that] removes darkness from everyone's life" (A17, Para 1)?

5   What more, if anything, can Plaintiffs do to help this ***still* Compromised Court** *upgrade* into an Uncompromised Court to resurrect Justice assassinated by Injustice as revealed above, knowing that ***due process of law shall not end with no time limit until*** Judge Goodman

does make the ***constitutionally mandated u-turn to become the world's first Federal Court Judge to begin to rise like the world's first NYS Queens County Criminal Court Judge began*** on Oct 31, 2013 (A19$^4$) ***and end to go down in judicial history like SCOTUS Judge Scalia*** (A19$^9$) and thus like all other Federal, State and Local Judges will still do unless and until Judge Goodman makes its ***mandatory u-turn uncompromised* DOJ *as the right thing to do begin to go viral***?

WHEREFORE may it please Hon Court to please take judicial notice and ***begin to believe in* everyone's *unanimous belief in*** the ***everlasting legal lightbulb*** that makes it mandatory and ***easy to see the foregoing facts of life***, *murder-on-the-sea*, due process of law defiled as due process of lie so far and thus pass ***final*** legally enforceable VALID Order *resurrecting* Matriotic Justice still being assassinated by ***initial*** legally unenforceable VOID Orders blessing *Patriotic* Justicide.

Respectfully Submitted,

*Marla Martins*

Plaintiffs MARLA MARTINS, *et al*,
By *Matriarch Pro-Se* Attorney-in-Fact
7687 Forestay Drive
Lake Worth, FL 33467
E-Mail: MarlaMartins88@Yahoo.Com
Tel: 908 721-1088

**Notary Acknowledgment**

State of Florida

County of Palm Beach

The foregoing instrument was acknowledged before me this 26th day of April, 2019 by Marla Martins.

Donna Lynn Segal
Notary Public
State of Florida
My Commission Expires 08/31/2021
Commission No. GG 112199

Signature of Notary Public
Print. Type/Stamp Name of Notary

Personally known: _____
OR Produced Identification: ✓
Type of Identification: Drivers License

Original to Hon Court
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401
561 803-3400

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, the foregoing document was personally filed with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

State of Florida   County of Palm Beach
Subscribed and sworn before me on _____ (Date)
_____ (Notary Signature)

Respectfully Submitted,
*Marla Martins*
Plaintiffs MARLA MARTINS, *et al*,
By *Matriarch Pro-Se* Attorney-in-Fact
7687 Forestay Drive
Lake Worth, FL 33467
E-Mail: MarlaMartins88@Yahoo.Com
Tel: 908 721-1088

Donna Lynn Segal
Notary Public
State of Florida
My Commission Expires 08/31/2021
Commission No. GG 112199

## SERVICE LIST
CASE NO. 15-cv-21124-MARTINEZ/GOODMAN

ROYAL CARIBBEAN CRUISES LTD., Defendant.
By: Christopher E. Knight
   Fla. Bar No. 607363
   Email: CKnight@Fowler-White.Com

   Marc J. Schleier
   Fla. Bar No. 0389064
   Email: mschleier@fowler-white.com

   Christine M. Walker
   Fla. Bar No. 98166
   Email: cwalker@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Tel: (305) 789-9200
Fax: (305) 789-9201

**Courtesy Copies**

Brill & Rinaldi, The Law Firm
 By Joseph J. Rinaldi, Jr.
2100 Coral Way #304
Coral Gables FL 33145
Tel: 786 481-0661
Fax: 305 445-5055
Joe@BrillRinaldi.Com

The McKee Law Group LLC
 By: Robert J. McKee
2800 S Flamingo Road
Davie FL 33330
Tel: 954 888-9877
Fax: 954 217-0150
RMcKee@TheMcKeeLawGroup.Com